THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY GREBEN, Appellant, and Others, Defendants.— Judgment of conviction affirmed. All

concur. (The judgment convicts defendant of the crime of robbery, second degree.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.